# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| CAROLYN A. BARRO,<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00684 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>    GRANTED.

     <u>X</u>    The clerk is directed to file the complaint.

     <u>X</u>    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____

ENTER this    <u>26th</u>    day of    <u>August</u>   ,    <u>2009</u>   .

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer