1 Laura Krank
  Attorney at Law: 220208
2 Rohlfing & Kalagian, LLP
  211 E. Ocean Boulevard, Ste. 420
3 Long Beach, California 90802
  Tel: (562) 437-7006
4 Fax: (562) 432-2935
  E-Mail: laura_rk.office@speakeasy.net
5
  Attorneys for Plaintiff

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 CAROLYN A. BARRO,                ) Case No.: CV 09-1509 GSA
                                    )
12         Plaintiff,                ) STIPULATION FOR DISMISSAL
                                    ) WITH PREJUDICE; AND ORDER
13 v.                                )
                                    )
14 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security, )
15         Defendant.                )
                                    )
16                                   )
                                    )
17

18     TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

19 THE DISTRICT COURT:

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

-1-

1    IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above
3 captioned matter be dismissed with each side to bear its own costs.

4
5 DATE: 4/7/10                    Respectfully submitted,

6                                 ROHLFING & KALAGIAN, LLP

7
8                                 */s/-Laura Krank*
                                  Laura Krank
9                                 Attorney for Plaintiff

10
11 DATE: 4/7/10                   BENJAMIN B. WAGNER
                                  United States Attorney
12                                LUCILLE GONZALES MEIS
                                  Chief Civil Division
13

14

15                                */s/-Timothy Bolin*
                                  Timothy Bolin
16                                Special Assistant United States Attorney
17                                Attorney for Defendant
                                  [*By email authorization on April 6, 2010]
18

19
20 IT IS ORDERED

21
22 Dated: April 7, 2010.

23                                    /s/ Gary S. Austin
                                  United States Magistrate Judge
24

25

26

-2-